UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TRICIA THOMAS, on behalf of herself and all others similarly situated,**  )<br>     **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )<br>**DAVITA, INC.,**  )<br>     **Defendant.**  ) | Civ. Action No.  1:11cv10830-MLW |

**WOLF, D.J.**

## ORDER OF DISMISSAL

For the reasons set forth in this Court's Order at document number 30, this case is hereby **DISMISSED.**

**SO ORDERED.**

**Date:  April 19, 2013**          /s/ Mark L. Wolf
                                              **MARK L. WOLF,  U.S.D.J.**